**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

American Excelsior Company,

Plaintiff,

vs.

Soccer Docs, Inc. and Grace Sletten,

Defendants,

and

Grace Sletten,

Defendant and Third-Party Plaintiff,

vs.

The Gurstel Law Firm, P.A.,
a professional corporation,

Third-Party Defendant.

Court File No. 01-1862 (PAM/JGL)

**ORDER FOR DISMISSAL OF THIRD-PARTY CLAIMS**

---

This matter came before the Court on the foregoing Stipulation to Dismiss the claims of Defendant / Third-Party Plaintiff Grace Sletten with Prejudice entered into by the parties.

**NOW, THEREFORE**, based on Stipulation, and all the of files, records, and the proceedings herein,

**IT IS HEREBY ORDERED:**

1. That the Third-Party Complaint brought by Defendant / Third-Party Plaintiff Grace Sletten in this matter be **dismissed with prejudice.**



FILED DEC 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. That the caption in this matter be amended to reflect the dismissal of the third-party claims.

**BY THE COURT:**

Dated: December 12, 2001

PAUL A. MAGNUSON, JUDGE
United States District Court
District of Minnesota

928868

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

American Excelsior Company,

Plaintiff,

vs.

Soccer Docs, Inc. and Grace Sletten,

Defendants,

and

Grace Sletten,

Defendant and Third-Party Plaintiff,

vs.

The Gurstel Law Firm, P.A.,
a professional corporation,

Third-Party Defendant.

Court File No. 01-1862 (PAM/JGL)

**STIPULATION OF DISMISSAL OF THIRD-PARTY CLAIMS**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that the third-party claims brought by Defendant / Third-Party Plaintiff Grace Sletten against Third-Party Defendant The Gurstel Law Firm, P.A. in the above-entitled action may be, and the same hereby are, dismissed **with prejudice**, and without further cost to any of the parties hereto.

This dismissal shall not constitute a release by Plaintiff American Excelsior Company of any claims against Defendants, and shall be without res judicata or collateral estoppel effect upon any proceedings by Plaintiff against Defendants in this matter.

Dated: December 5, 2001

Steven E. Rau (#147990)
FLYNN & GASKINS, L.L.P.
Suite 2900
333 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-9500

**Attorneys for Defendant / Third-Party Plaintiff Grace Sletten**

Dated: December 7, 2001

Barton C. Gernander (#26779X)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

**Attorneys for Third-Party Defendant**