**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil Action

Court File:01-1862 PAM/JGL

American Excelsior Company,

Plaintiff,

vs.

Soccerdocs, Inc. and Grace Sletten,

Defendants,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above entitled action having been settled against Soccerdocs, Inc., it is hereby stipulated and agreed that the same may be and hereby is dismissed with prejudice but without cost to either party; and the Court Administrator of said court, upon the filing of this document, is hereby authorized and directed to dismiss said action of record.

**American Excelsior Company**

BY: ______________________
Todd L. Gurstel (#185619)
THE GURSTEL LAW FIRM, P.A.
Attorneys for Defendants
401 North Third Street, Suite 600
Minneapolis, Minnesota 55401
Telephone: (612) 664-8200

DATED:

**Soccerdocs, Inc. ~~and Grace Sletten~~** JKL

BY: ______________________
John K. Lampe (#176527)
Attorneys for ~~Plaintiff~~ Defendant JKL
262 South Griggs Street
St. Paul, Minnesota 55105
Telephone:(651) 699-4963

DATED:

dictation/83252 stip dismissal w/prejudice

FILED AUG 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 28 2002
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Based upon the foregoing, the Court Administrator is directed to dismiss said action of record.

**LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY AND FORTHWITH.**

BY THE COURT:

Judge of District Court

Dated: August 28, 2002

Court File No. 01-1862 PAM/JGL
Our File No. 83252